AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

| | |
|---|---|
| DIRECTV, Inc. | **SUMMONS IN A CIVIL CASE** |
| V. | |
| Robert O. Herrera | **03-12370 RWZ** |
| | CASE NUMBER: |

TO: (Name and address of Defendant)

Robert O. Herrera
476 Oakland Road
Hyannis, MA 02601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  11/24/03



**Barnstable County Sheriff's Office**

I hereby certify and return that on February 21, 2004, at 3:45 p.m. I served the within Summons, Complaint, Civil Cover Sheet, Case Cover Sheet & Corporate Disclosure, to the within named defendant Robert O. Herrera, by leaving an attested copy thereof with a person of suitable age at the last and usual place of abode, 476 Oakland Road, Hyannis, MA and mailing an attested copy, first class, to the same address.

Fees: $46.40

Brad Parker, Deputy Sheriff

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
          Date              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.