UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| **DIRECTV, Inc.** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**Robert O. Herrera** )<br>)<br>Defendant ) | Case No.: 03cv12370-RWZ<br><br>**NOTICE OF VOLUNTARY DISMISSAL<br>WITHOUT PREJUDICE** |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney,

__4/20/04__
Date

John M. McLaughlin
**MCLAUGHLIN SACKS**
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Page 1

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this ____ day of _____, 2004, a copy of the foregoing Notice of Dismissal was mailed first class to:

Robert O. Herrera
554 W. Yarmouth Road
W. Yarmouth, MA 02673

_____
John M. McLaughlin, Esq.